UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARETIS LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>OAKEVER GAMES PTE. LTD.,<br><br>    Defendant. | Case No. 25-cv-04570-AMO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTION FOR DEFAULT JUDGMENT, & ISSUING PERMANENT INJUNCTION**<br><br>Re: Dkt. Nos. 25, 29 |

The Court has reviewed Magistrate Judge Thomas S. Hixson's Report and Recommendation Re: Plaintiff's Motion for Default Judgment. Dkt. No. 29. Plaintiff served Defendant with a copy of the Report and Recommendation on March 30, 2026. Dkt. No. 31. Defendant did not file objections to the Report and Recommendation, and the time for doing so has passed. *See* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.").

The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and **ADOPTS** it in every respect. Accordingly, Plaintiff's Motion for Default Judgment, Dkt. No. 25, is **GRANTED**.

**IT IS FURTHER ORDERED** that: Defendant and its agents and representatives, and any other persons and entities acting on Defendant's behalf or with them, are **PERMANENTLY ENJOINED AND RESTRAINED** from

(1) using Plaintiff's Block Blast! mobile application or any of the infringing images, language and interface layouts, as described in Plaintiff's Complaint and attached exhibits;

(2) using mobile applications, images, language, sounds, or interface layouts, which are substantially similar to Plaintiff's Block Blast! mobile application or its images, language, sounds, and interface layouts, as described in Plaintiff's Complaint and attached exhibits;

(3) committing any acts intended to cause consumers to believe that Defendant's mobile applications are offered for download or sold under Plaintiff's control, authorization, or approval; and

(4) creating, providing or offering for download or sale any mobile applications substantially similar to Plaintiff's Block Blast! mobile application.

Furthermore, Defendant **SHALL**, within 10 business days after receipt of the Court's order, remove all of its infringing mobile applications and other infringing content from any online platform.  If Defendant fails to comply within 10 days, third-party providers are authorized to remove Defendant's infringing app(s).

**IT IS SO ORDERED.**

Dated: April 14, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California